CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUN 0 8 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| GREGORY D. MORRELL, | ) | |
| Plaintiff, | ) | Civil Action No: 1:07cv00003 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THE BARTER FOUNDATION, | ) | |
| INC., | ) | By: GLEN M. WILLIAMS |
| Defendant. | ) | Senior United States District Judge |

This case is currently before the court on the defendant's Motion to Stay, (Docket Item No. 11), which was filed on February 26, 2007, and on the defendant's Motion to Dismiss, (Docket Item No. 22), which was filed on March 26, 2007. The case was referred pursuant to 28 U.S.C. § 636(b)(1)(B), to the Honorable Pamela Meade Sargent, United States Magistrate Judge. On May 11, 2007, the Magistrate Judge filed a report, (Docket Item No. 40), ("the Report"), recommending that the motions be denied. Objections to the Magistrate Judge's Report were timely filed by the defendant on May 21, 2007. (Docket Item No. 43.) Upon review of the objections to the Report, and all other relevant filings, the court is of the opinion that the Magistrate Judge's report should be **ACCEPTED.**

For the reasons detailed in the Magistrate Judge's Report, the defendant's motions are hereby **DENIED.** The Clerk is directed to enter this Order and send certified copies to all counsel of record.

ENTER: This 8th day of June, 2007.

-1-

_____
THE HONORABLE GLEN M. WILLIAMS
SENIOR UNITED STATES DISTRICT JUDGE